**Robert J. LUMPKIN, Plaintiff–Appellant,**

v.

**KING COUNTY JAIL, Defendant–Appellee.**

No. 14–35413.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 17, 2014.

Robert J. Lumpkin, Airway Heights, WA, pro se.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM [**]

Robert J. Lumpkin appeals pro se from the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action alleging false imprisonment and malicious prosecution. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii), *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed Lumpkin's Fourth and Fourteenth Amendment claims because Lumpkin alleged that a judge found probable cause as to one of the two charges against him. *See Lacey v. Maricopa County,* 693 F.3d 896, 919 (9th Cir.2012) (en banc) (elements of a malicious prosecution claim under § 1983, including a lack of probable cause); *Cabrera v. City of Huntington Park,* 159 F.3d 374, 380 (9th Cir.1998) (per curiam) (a plaintiff must show there was no probable cause in order to prevail on a § 1983 claim for false arrest and imprisonment); *City of Seattle v. Cadigan,* 55 Wash.App. 30, 776 P.2d 727, 731 (1989) (under Washington state law, absence of probable cause to believe that a person committed a particular crime for which the person was arrested does not create an invalid arrest if, at the time of the arrest, the police had sufficient infor-

mation to support an arrest of the person on a different charge).

We do not address Lumpkin's Eighth Amendment claims, raised for the first time on appeal. *See Smith v. Marsh,* 194 F.3d 1045, 1052 (9th Cir.1999).

**AFFIRMED.**

---

*See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).